# DECEMBER 1984 CALENDAR

From: The District Court of the Fourth Judicial District, County of Missoula. STATE OF MONTANA, Plaintiff vs. GERALD RAYMOND BUSH, Defendant.

## DECISION

No. DC-6233

The application of the above-named defendant for a review of the sentence of 40 years for Mitigated Deliberate Homicide plus 10 years for the use of a weapon, the sentences shall be served concurrently with 10 years suspended imposed on June 3, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

We wish to thank Hugh Kidder, Attorney from Missoula, for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

### SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff vs. KENNETH D. JOHNSON, Defendant.

## DECISION

No. DC-81-01

The application of the above-named defendant for a review of the sentence of 2 years; consecutive to sentence Defendant is presently serving imposed on February 14, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

We wish to thank Janet Brosius of the Montana Defender Project for her assistance to the Defendant and to this Court.